JOAN A. NEWBURGH v. LEON ARRIGO.

December 1, 1980.

Petition for certification granted.

MARIA L. GAYDOS v. TIMOTHY GAYDOS.

December 1, 1980.

Petition for certification denied.

THE TOWN OF IRVINGTON v. BLOCK 16, LOT 90.1.

December 1, 1980.

Petition for certification denied.

MONMOUTH REGIONAL EDUCATION ASSOCIATION v.
MONMOUTH REGIONAL HIGH SCHOOL BOARD
OF EDUCATION.

December 1, 1980.

Petition for certification denied.